UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAURICE A. NEWMAN,

               Plaintiff,

             -against-

IRON MOUNTAIN; MAKE SPACE; DAVE SEARLES; JOE DOE (FEMALE MANAGER),

             Defendants.

20-CV-6115 (LLS)

ORDER OF DISMISSAL

---

LOUIS L. STANTON, United States District Judge:

    By order dated February 3, 2021, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint.

    Accordingly, the action, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    April 23, 2021
           New York, New York

                                                             *Louis L. Stanton*
                                                                 Louis L. Stanton
                                                                   U.S.D.J.