UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICE A. NEWMAN,<br><br>                              Plaintiff,<br><br>         -against-<br><br>IRON MOUNTAIN; MAKE SPACE; DAVE SEARLES; JOE DOE (FEMALE MANAGER),<br><br>                              Defendants. | 20-CV-6115 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 23, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 23, 2021
    New York, New York

                     *Louis L. Stanton*
                     Louis L. Stanton
                        U.S.D.J.